Fill in this information to identify the case:

Debtor name: **The RoomStores of Phoenix, L.L.C., d/b/a The RoomStore**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): **2:15-bk-15898-DPC**

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **10KSAZ-TV** 5709 Collection Center Drive Chicago, IL 60693 | | | | | | **$109,087.73** |
| **A America** 18255 Segale Park Drive B Seattle, WA 98188 | | | | | | **$126,295.36** |
| **Arizona Republic/Gazette** 200 E. Van Buren, Dept. F54 Customer Accounting Services Phoenix, AZ 85004 | | | | | | **$542,622.36** |
| **CSUS/Manwah (MCO) Ltd.** 668 N. Main Street High Point, NC 27260 | | | | | | **$967,839.27** |
| **Delivery Service Enterprises** 2100 North Highway 360, Suite 1401 Grand Prairie, TX 75050 | | | | | | **$143,134.68** |
| **Design 2000** 1508 Beckle Circle Las Vegas, NV 89104 | | | | | | **$209,378.64** |
| **Guard Master** 110 Bi-County Boulevard, Suite 100 Farmingdale, NY 11735 | | | | | | **$96,188.42** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HHC USA Corp. 10350 Heritage Park, Suite 105 Santa Fe Springs, CA 90670 | | | | | | $92,273.00 |
| HTL Furniture, Inc. 14101 Sullyfield Circle, Suite 400E Chantilly, VA 20151 | | | | | | $170,695.05 |
| JMS Furniture Service, LLC 3011 E. Broadway Road, Suite 100 Phoenix, AZ 85040 | | | | | | $357,740.43 |
| Magnussen Home 2155 Excise Avenue, Suite B Ontario, CA 91761 | | | | | | $189,135.27 |
| Phoenix Basketball-Suns c/o W. Scott Jenkins, Quarles & Brady Two North Central Avenue Phoenix, AZ 85004 | | | Contingent Unliquidated Disputed | | | $326,312.73 |
| Progressive Furniture 502 Middle Street Archbold, OH 43502 | | | | | | $163,267.53 |
| Robert Michael Ltd. 10035 Geary Avenue Santa Fe Springs, CA 90670 | | | | | | $129,328.08 |
| Signature Furniture One Ashley Way Arcadia, WI 54612 | | | | | | $751,645.34 |
| Simmons 431 Highway 41 East Okolona, MS 38860 | | | | | | $176,004.41 |
| Stearns & Foster 4802 W. Van Buren Street Attn: Florence Phoenix, AZ 85043 | | | | | | $466,534.76 |
| Steve Silver Company 1000 FM 548 Forney, TX 75126 | | | | | | $127,349.51 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tempur-Pedic North America, LLC 1000 Tempur Way Lexington, KY 40511** | | | | | | **$147,480.25** |
| **US Quality Furniture 8920 Winkler Drive, Suite 100 Houston, TX 77017** | | | | | | **$131,484.98** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:15-bk-15898-DPC    Doc 3    Filed 12/18/15    Entered 12/18/15 18:07:46    Desc
Main Document        Page 3 of 3