**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>THE ROOMSTORES OF PHOENIX,<br>L.L.C., d/b/a THE ROOMSTORE,<br><br>Debtor. | Chapter 11 Proceeding<br><br>No. 2:15-bk-15898-DPC<br><br>**INTERIM ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES AND SALARIES AND TO HONOR AND CONTINUE PRE-PETITION EMPLOYEE BENEFITS** |

This matter comes before the Court pursuant to the *Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Wages and Salaries and to Honor and Continue Pre-Petition Employee Benefits* [Dkt. #9] (the "Motion") filed by The RoomStores of Phoenix, L.L.C., d/b/a The RoomStore, debtor and debtor-in-possession in the above-captioned case (the "Debtor"). Having considered the Motion, the submissions, the arguments of counsel at the December 22, 2015 hearing, and the applicable law, the Court ORDERS the following:

A.  The Motion is GRANTED on an interim basis.

B.  The Debtor is authorized, but not directed, to pay pre-petition wages and salaries and all related taxes and any withholdings, as set forth in the Motion.

C.  The Debtor is authorized, but not directed, to pay the costs associated with employee benefit programs, as set forth in the Motion.

D.  Any and all amounts the Debtor is allowed to pay pursuant to this Order will not exceed the amounts set forth in 11 U.S.C. § 507(a)(4) and (5). Further, the Debtor will not make any payments to insiders as defined in the U.S. Bankruptcy Code or payments for retention bonuses without further order of the Court.

E.     The financial institution holding the accounts against which any wage or benefits checks are written is authorized to honor those checks without further order of the Court.

F.     A final hearing on the Motion will be held before this Court on January 6, 2016, at 10:00 a.m.**, at the United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona, 6th Floor, Courtroom No. 602.**  The deadline for filing with the Court any objection to the Application is January 5, 2016, at 12:00 p.m.

G.     Debtor's counsel shall serve a copy of this Order on the United States Trustee, counsel for the proposed Consultant, all secured creditors of the Debtor, the twenty (20) largest unsecured creditors of the Debtor, the Utility Companies, and the landlords of the Debtor.

**SIGNED AND DATED ABOVE.**

NASHVILLE 53406-11 552943v3